AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Judith Ann Haas a/k/a Judith Ann Morales, Damari Indart a/k/a Damari Crespo and Brandon Lee Velez a/k/a Brandon Lee Coleman,<br>*Plaintiffs*<br>v.<br>South Carolina Department of Motor Vehicles, Mr. Kevin A. Shwedo in his official capacity as Executive Director of the South Carolina of Motor Vehicles<br>*Defendants* | )<br>)<br>)<br>)  Civil Action No.   6:14-4246-JMC<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■   other: summary judgment in entered for the Defendants against the Plaintiffs and this action is dismissed as moot.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the defendants' motion for summary judgment.

Date:   August 13, 2015                                             CLERK OF COURT

                                                                                                    s/Angie Snipes
                                                                                    _____
                                                                                      *Signature of Clerk or Deputy Clerk*